SHEILA ANTIONETTE HINTON
33 COASTAL OAK
HATTIESBURG, MS 39402

DILLARDSMASTERCARD
ATTN: BANKRUPTCY
PO BOX 6403
SIOUX FALLS, SD 57117

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130

NISSAN MOTOR ACCEPTANC
POB 660366
DALLAS, TX 75266

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

FREEDOM MORTGAGE CORP
ATTN: BANKRUPTCY
951 YAMATO RD
SUITE 175
BOCA RATON, FL 33431

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809

BARCLAYS BANK DE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899

FREEDOMPLUS
ATTN: BANKRUPTCY
1875 S GRANT ST
STE 400
SAN MATEO, CA 94402

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899

GM FINANCIAL
ATTN: BANKRUPTCY
801 CHERRY ST
STE. 3500
FORT WORTH, TX 76102

SYNCHRONY BANK
ATTN: BANKRUPTCY
POB 965065
ORLANDO, FL 32896

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

HARBOR LOANS
100 EASTBROOK DR
SUITE 46
PETAL, MS 39465

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

CITI CARD
ATTN: CITICORP CR SRVS
PO BOX 790040
ST LOUIS, MO 36179

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

CORNERSTONE
ATTN: BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

WHITNEY BOLTON
24151 BELLA DOLCE LANE
KATY, TX 77494

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS, NV 89113

KLARNA
PO BOX 8116
COLUMBUS, OH 43201