# Proceeding Minutes / Proceeding Memo

**Case #:**  26-50572          **Case Name:**  Sheila Antionette Hinton

**Set:**  06/16/2026 01:30 pm  **Chapter:**  13   **Type:**  bk      **Judge**  Katharine M. Samson

**matter**  Confirmation Hearing

---

   Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)