UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                                    Bankr. Case No. 26-50572-KMS-13

Sheila Antionette Hinton                                                                 Chapter 13
        Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By  /s/  Mandy Youngblood

 Mandy Youngblood
 PO Box 183853
 Arlington, TX  76096
 877-203-5538
 877-259-6417
 Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                                    Bankr. Case No. 26-50572-KMS-13

Sheila Antionette Hinton                                                                Chapter 13
         Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on April 29, 2026 :

Thomas Carl Rollins, Jr                          David Rawlings
PO BOX 13767                                      David Rawlings, Ch 13 Trustee
Jackson, MS 39236                                P.O. Box 566
                                                 Hattiesburg, MS 39403

                                        By  /s/  Mandy Youngblood
                                             Mandy Youngblood

xxxxx68581 / 1131478