United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                          Case No. 26-50572-KMS

Sheila Antionette Hinton                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: n031 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila Antionette Hinton, 33 Coastal Oak, Hattiesburg, MS 39402-4469 |
| 5649296 | + | Harbor Loans, 100 Eastbrook Dr, Suite 46, Petal, MS 39465-6008 |
| 5649307 | + | Whitney Bolton, 24151 Bella Dolce Lane, Katy, TX 77494-7901 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5649284 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 08 2026 20:47:06 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5652964 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 08 2026 20:49:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5649285 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 08 2026 20:49:00 | Barclays Bank DE, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5649286 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 08 2026 20:49:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5649287 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2026 20:46:26 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5649288 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2026 20:45:59 | Citi Card, Attn: Citicorp Cr Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 5680950 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2026 20:46:32 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5649289 | ^ | MEBN | Jun 08 2026 20:14:13 | Cornerstone, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5649290 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2026 20:46:30 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5649292 | | Email/Text: mrdiscen@discover.com | Jun 08 2026 20:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5649291 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2026 20:45:58 | Dillardsmastercard, Attn: Bankruptcy, Po Box 6403, Sioux Falls, SD 57117-6403 |
| 5649293 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 08 2026 20:49:00 | Freedom Mortgage Corp, Attn: Bankruptcy, 951 Yamato Rd, Suite 175, Boca Raton, FL 33431-4444 |
| 5677384 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 08 2026 20:49:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY BLDG 4, Fishers IN 46037-8022 |
| 5649294 | + | Email/Text: bk@freedomfinancialnetwork.com | Jun 08 2026 20:49:00 | FreedomPlus, Attn: Bankruptcy, 1875 S Grant St, Ste 400, San Mateo, CA 94402-2676 |

District/off: 0538-6                    User: mssbad                         Page 2 of 3

Date Rcvd: Jun 08, 2026                 Form ID: n031                        Total Noticed: 33

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5649295 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 08 2026 20:49:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry St, Ste. 3500, Fort Worth, TX 76102-6854 |
| 5667890 | + | Email/Text: bankruptcy@towerloan.com | Jun 08 2026 20:49:52 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5649298 | + | Email/Text: ebone.woods@usdoj.gov | Jun 08 2026 20:49:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5649297 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2026 20:49:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5669348 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 08 2026 20:49:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5649299 | | Email/Text: customerservice.us@klarna.com | Jun 08 2026 20:49:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5677455 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2026 20:47:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5649300 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 08 2026 20:49:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5649301 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 08 2026 20:49:00 | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 5649302 | | Email/Text: bankruptcy@republicfinance.com | Jun 08 2026 20:49:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5653348 | | Email/Text: bankruptcy@republicfinance.com | Jun 08 2026 20:49:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5649303 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 08 2026 20:47:05 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5649304 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 08 2026 20:47:05 | Synchrony Bank, Attn: Bankruptcy, Pob 965065, Orlando, FL 32896-5065 |
| 5649305 | | Email/Text: bankruptcy@towerloan.com | Jun 08 2026 20:49:52 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5682370 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 08 2026 20:49:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1911 |
| 5649306 | ^ | MEBN | Jun 08 2026 20:14:07 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jun 08, 2026 | Form ID: n031 | Total Noticed: 33 |

Date: Jun 10, 2026            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sheila Antionette Hinton trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

**Case No.:** 26−50572−KMS
**Chapter:** 13

**In re:**

Sheila Antionette Hinton
aka Shelia A Hinton
33 Coastal Oak
Hattiesburg, MS 39402

Notice of Entry of Order Confirming Plan

The Court entered an Order on June 8, 2026 (Dkt. # 19 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 8, 2026

Danny L. Miller, Clerk of Court