UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   SHEILA ANTIONETTE HINTON

DEBTOR(S)

CHAPTER 13 BANKRUPTCY
DAVID RAWLINGS, TRUSTEE                                CASE NO. 26-50572 KMS

## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Late Filed Claim:

HARBOR LOANS OF PETAL
100 EASTBROOK DR #40
PETAL, MS  39465

Court Claim No. 15

Amount of Claim: $95.00

Classification:  UNSECURED

Trustee has reviewed the above Late Filed Claim and recommends that it would be in the best interests of the Debtor to allow said Claim and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

/s/  David Rawlings

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that on July 17, 2026, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

SHEILA ANTIONETTE HINTON
33 Coastal Oak
Hattiesburg, MS 39402

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS 39236

HARBOR LOANS OF PETAL
100 EASTBROOK DR #40
PETAL, MS 39465

HARBOR LOANS
100 EASTBROOK
HATTIESBURG, MS 39401

*/s/ David Rawlings*

DAVID RAWLINGS, TRUSTEE