# Proceeding Minutes / Proceeding Memo

**Case #:**  26-50572          **Case Name:**   Sheila Antionette Hinton

**Set:**  08/13/2026 10:30 am   **Chapter:**  13   **Type:**  bk     **Judge**   Katharine M. Samson

**matter**   Motion to Allow Claim filed by Harbor Loans of Petal. (Claim No. 15) Filed by Trustee David Rawlings. (Attachments: # 1 Proposed Order) (Dkt. #22)

Objection filed by the Debtor (Dkt. #23)

---

Minute Entry Re: (related document(s): [22] Motion to Allow Late, Amended, or Supplemental Claim filed by David Rawlings) Rollins to submit an Agreed Order. Order due by 08/27/2026. Called in by Rollins' office. (mcc)