_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Sheila Antionette Hinton      Case No. 26-50572-KMS
    Debtor             CHAPTER 13

### AGREED ORDER DISALLOWING CLAIM NO. 15

THIS CAUSE came before the Court on the Chapter 13 Trustee's Motion to Allow Late Filed Claim (Docket No. 22) and the Debtor's Objection thereto (Docket No. 23). The Debtor and the Chapter 13 Trustee have agreed to the relief set forth below, and the Court finds that the Trustee's Motion should be denied and Claim No. 15 should be disallowed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Chapter 13 Trustee's Motion to Allow Late Filed Claim is DENIED.

**IT IS FURTHER ORDERED AND ADJUDGED** that Claim No. 15 filed by Harbor Loans of Petal in the amount of $95.00 is DISALLOWED in its entirety, and the Chapter 13 Trustee shall make no distribution on account of the claim.

##END OF ORDER##

**AGREED AND APPROVED:**

/s/ Thomas C. Rollins, Jr.       /s/ Brian Wilson
Thomas C. Rollins, Jr. (MS Bar No. 103469)  Brian Wilson
The Rollins Law Firm, PLLC      Attorney for Chapter 13 Trustee
P.O. Box 13767         Post Office Box 566
Jackson, MS 39236       Hattiesburg, MS 39403-0566
(601) 500-5533         (601) 582-5011

ATTORNEY FOR DEBTOR     ATTORNEY FOR CHAPTER 13 TRUSTEE