United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-50572-KMS
Sheila Antionette Hinton Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 1
Date Rcvd: Aug 12, 2026 Form ID: pdf012 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila Antionette Hinton, 33 Coastal Oak, Hattiesburg, MS 39402-4469 |
| cr | + | Harbor Loans of Petal, 100 Eastbrook Dr #40, Petal, MS 39465-6008 |
| 5649296 | + | Harbor Loans, 100 Eastbrook Dr, Suite 46, Petal, MS 39465-6008 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sheila Antionette Hinton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: Sheila Antionette Hinton
Debtor

Case No. 26-50572-KMS
CHAPTER 13

**AGREED ORDER DISALLOWING CLAIM NO. 15**

THIS CAUSE came before the Court on the Chapter 13 Trustee's Motion to Allow Late Filed Claim (Docket No. 22) and the Debtor's Objection thereto (Docket No. 23). The Debtor and the Chapter 13 Trustee have agreed to the relief set forth below, and the Court finds that the Trustee's Motion should be denied and Claim No. 15 should be disallowed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Chapter 13 Trustee's Motion to Allow Late Filed Claim is DENIED.

**IT IS FURTHER ORDERED AND ADJUDGED** that Claim No. 15 filed by Harbor Loans of Petal in the amount of $95.00 is DISALLOWED in its entirety, and the Chapter 13 Trustee shall make no distribution on account of the claim.

**##END OF ORDER##**

**AGREED AND APPROVED:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

ATTORNEY FOR DEBTOR

/s/ Brian Wilson
Brian Wilson
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
(601) 582-5011

ATTORNEY FOR CHAPTER 13 TRUSTEE